1  **PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

2  Name _BROWN_      _TIMOTHY_      _W._
         (Last)          (First)        (Initial)

3  Prisoner Number _APK-134_

4  Institutional Address _885 N. SAN PEDRO ST_
5  _SAN JOSE, CA - 95110_

**Filed**
MAY 29 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

_Timothy William Brown_
(Enter the full name of plaintiff in this action.)

vs.

_Edward C. Flores_

Case No. __C 07 02793 JW__
(To be provided by the clerk of court)

**PETITION FOR A WRIT**
**OF HABEAS CORPUS**

(Enter the full name of respondent(s) or jailor in this action)

---

Read Comments Carefully Before Filling In

When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS        - 1 -

1 | Who to Name as Respondent

2   You must name the person in whose actual custody you are. This usually means the Warden or jailor. Do not name the State of California, a city, a county or the superior court of the county in which you are imprisoned or by whom you were convicted and sentenced. These are not proper respondents.

   If you are not presently in custody pursuant to the state judgment against which you seek relief but may be subject to such custody in the future (e.g., detainers), you must name the person in whose custody you are now and the Attorney General of the state in which the judgment you seek to attack was entered.

A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

   1. What sentence are you challenging in this petition?

   (a) Name and location of court that imposed sentence (for example; Alameda County Superior Court, Oakland):

   _Santa Clara County_
   Court                    Location

   (b) Case number, if known _187370_

   (c) Date and terms of sentence _Sept. 5, 1997_   _11 Years_

   (d) Are you now in custody serving this term? (Custody means being in jail, on parole or probation, etc.)   Yes _X_   No ____

   Where?

   Name of Institution: _____

   Address: _____

   2. For what crime were you given this sentence? (If your petition challenges a sentence for more than one crime, list each crime separately using Penal Code numbers if known. If you are challenging more than one sentence, you should file a different petition for each sentence.)

   _Furnishing Marijuana to a Minor_

   _____

   _____

PET. FOR WRIT OF HAB. CORPUS       - 2 -

1   3. Did you have any of the following?

2       Arraignment:              Yes  O      No _____

3       Preliminary Hearing:      Yes  O      No _____

4       Motion to Suppress:       Yes _____   No  O

5   4. How did you plead?

6       Guilty _____   Not Guilty  O    Nolo Contendere _____

7       Any other plea (specify) _____NONE_____

8   5. If you went to trial, what kind of trial did you have?

9       Jury  X       Judge alone _____   Judge alone on a transcript _____

10  6. Did you testify at your trial?          Yes _____   No  X

11  7. Did you have an attorney at the following proceedings:

12      (a)  Arraignment                       Yes  X      No _____

13      (b)  Preliminary hearing               Yes  X      No _____

14      (c)  Time of plea                      Yes  X      No _____

15      (d)  Trial                             Yes  X      No _____

16      (e)  Sentencing                        Yes  X      No _____

17      (f)  Appeal                            Yes  X      No _____

18      (g)  Other post-conviction proceeding  Yes _____   No  X

19  8. Did you appeal your conviction?         Yes  X      No _____

20      (a)  If you did, to what court(s) did you appeal?

21           Court of Appeal                   Yes  X      No _____

22           Year: 1997       Result: DENIED

23           Supreme Court of California       Yes  X      No _____

24           Year: 99'-00'    Result: DENIED

25           Any other court                   Yes  X      No _____

26           Year: 2004       Result: DENIED

27

28      (b)  If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS            - 3 -

|     |     |     |     |     |
| --- | --- | --- | --- | --- |
| 1   |     | petition? | Yes ____ | No _X_ |
| 2   | (c) | Was there an opinion? | Yes ____ | No _X_ |
| 3   | (d) | Did you seek permission to file a late appeal under Rule 31(a)? | | |
| 4   |     |     | Yes ____ | No _X_ |

5   If you did, give the name of the court and the result:

6   __N/A__

7   _____

8   9. Other than appeals, have you previously filed any petitions, applications or motions with respect to

9   this conviction in any court, state or federal?      Yes _X_     No ____

10   [Note: If you previously filed a petition for a writ of habeas corpus in federal court that

11   challenged the same conviction you are challenging now and if that petition was denied or dismissed

12   with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit

13   for an order authorizing the district court to consider this petition. You may not file a second or

14   subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28

15   U.S.C. §§ 2244(b).]

16   (a)   If you sought relief in any proceeding other than an appeal, answer the following

17   questions for each proceeding. Attach extra paper if you need more space.

18   I.   Name of Court: __NORTHERN DISTRICT COURT__

19   Type of Proceeding: __HABEAS CORPUS__

20   Grounds raised (Be brief but specific):

21   a. __DENIAL OF SELF-REPRESENTATION__

22   b. __CRUEL AND UNUSUAL PUNISHMENT__

23   c. __ILLEGAL STRIKE ENHANCEMENT__

24   d. _____

25   Result: __DENIED__   Date of Result: __2004__

26   II.   Name of Court: __NINTH CIRCUIT__

27   Type of Proceeding: __HABEAS ??__

28   Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS           - 4 -

|   |   |   |
|---|---|---|
| 1 |  | a._____ |
| 2 |  | b._____ |
| 3 |  | c._____ |
| 4 |  | d._____ |
| 5 |  | Result: _____ Date of Result:_____ |
| 6 | III. | Name of Court: _____ |
| 7 |  | Type of Proceeding: _____ |
| 8 |  | Grounds raised (Be brief but specific): |
| 9 |  | a._____ |
| 10 |  | b._____ |
| 11 |  | c._____ |
| 12 |  | d._____ |
| 13 |  | Result: _____ Date of Result:_____ |
| 14 | IV. | Name of Court: _____ |
| 15 |  | Type of Proceeding: _____ |
| 16 |  | Grounds raised (Be brief but specific): |
| 17 |  | a._____ |
| 18 |  | b._____ |
| 19 |  | c._____ |
| 20 |  | d._____ |
| 21 |  | Result: _____ Date of Result:_____ |

(b)   Is any petition, appeal or other post-conviction proceeding now pending in any court?

Yes _____   No  X

Name and location of court: _____

B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully. Give facts to support each claim. For example, what legal right or privilege were you denied? What happened? Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS        - 5 -

1 | need more space. Answer the same questions for each claim.

2 | [Note: You must present ALL your claims in your first federal habeas petition. Subsequent

3 | petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4 | 499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

Claim One: PETITIONER IS ENTITLED TO RELIEF, UNDER THE UNITED STATES SUPREME COURT'S HOLDING IN 'CUNNINGHAM V. CALIFORNIA (2007) 75 U.S.L.W. 4078.

Supporting Facts: PETITIONER'S HABEAS PETITION WAS STILL PENDING DURING THE 'BLAKELY V. WASHINGTON (2004) 542 U.S. 296, WHICH MAKES PETITIONER ELIGIBLE FOR RESENTENCING UNDER CUNNINGHAM, THE STATE

~~Claim Two~~ COURTS IS IN ERROR BY DENYING PETITIONER'S PETITION FOR HABEAS RELIEF.

~~Supporting Facts:~~

Claim Three: _____

Supporting Facts: _____

If any of these grounds was not previously presented to any other court, state briefly which grounds were not presented and why: N/A

PET. FOR WRIT OF HAB. CORPUS        - 6 -

1  List, by name and citation only, any cases that you think are close factually to yours so that they
2  are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning
3  of these cases:
4  _____
5  _____
6  _____
7  Do you have an attorney for this petition?          Yes_____   No__X__
8  If you do, give the name and address of your attorney:
9  _____
10 WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in
11 this proceeding. I verify under penalty of perjury that the foregoing is true and correct.
12
13 Executed on __5-17-07__                    _Timothy W. Brown_
14         Date                                  Signature of Petitioner

20 (Rev. 6/02)

PET. FOR WRIT OF HAB. CORPUS          - 7 -