IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY W. BROWN,<br>    Petitioner,<br>  vs.<br>EDWARD C. FLORES,<br>    Respondent. | No. C 07-02793 JW (PR)<br><br>JUDGMENT |

For the reasons stated on the order of dismissal, judgment is entered in favor of respondent.

The clerk shall close the file.

DATED: July 27, 2007

JAMES WARE
United States District Judge

Judgment
N:\Pro - Se\7.27.2007\07-02793 Brown02793_judgment.wpd